UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN DAVID PAMPLIN, | Case No. 3:20-cv-00658-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| PERRY RUSSEL, *et al.*, | |
| Respondents. | |

Petitioner John Pamplin has filed a *pro se* 28 U.S.C. § 2254 petition for writ of *habeas corpus*. (ECF No. 1-1 ("Petition").) The Court grants Petitioner's application to proceed *in forma pauperis* (ECF No. 1). The Court has reviewed the Petition, and it is dismissed as successive.

Petitioner states on the face of the Petition that in Case No. 3:08-cv-00007-RCJ-VPC, which Petitioner initiated in 2008, he sought federal *habeas corpus* relief from his same state court conviction. That federal petition was dismissed on January 14, 2011, and this Court denied a certificate of appealability. *See Pamplin v. Benedetti, et al.*, Case No. 3:08-cv-00007-RCJ-VPC, ECF Nos. 34, 35 (D. Nev. Jan. 1, 2011). Petitioner appealed, and the Ninth Circuit Court of Appeals denied Petitioner's request for a certificate of appealability on December 20, 2011. (*Id.* at ECF No. 44.) Petitioner thereafter filed a petition for a writ of *certiorari* with the United States Supreme Court, and that petition was denied on May 14, 2012. (*Id.* at ECF Nos. 43, 45.)

On June 11, 2018, Petitioner filed a motion for "request for rehearing on original and amended petitions." (*Id.* at ECF No. 46.) That motion was denied on June 18, 2018. (*Id.* at ECF No. 48.) Petitioner appealed the June 18, 2018 denial order, and the Ninth Circuit denied his request for a certificate of appealability on November 16, 2018. (*Id.* at ECF No. 52.)

Petitioner must obtain permission from the Ninth Circuit under 28 U.S.C. § 2244(b) to file a second or successive petition for writ of *habeas corpus*. Without such permission, this Court is without jurisdiction to entertain a challenge to Petitioner's state court conviction or sentence. *See Burton v. Stewart*, 549 U.S. 147, 153 (2007). Consequently, this action is dismissed.

It is therefore ordered that Petitioner's motion to proceed *in forma pauperis* (ECF No. 1) is granted.

The Clerk of Court is directed to file the Petition (ECF No. 1-1).

It is further ordered that this proceeding is dismissed for lack of jurisdiction.

It is further ordered that a certificate of appealability is denied.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 19th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE